UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lori Ann Van Buskirk,                                  Case No. 3:17-cv-11

              Plaintiff

    v.                                               MEMORANDUM OPINION
                                                        AND ORDER

Commissioner of Social Security,

              Defendant

Before the Court is the Report and Recommendation of Magistrate Judge Kathleen Burke filed on October 31, 2017, in the above-entitled action. Under the relevant statute:

> Within fourteen (14) days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C.A. § 636(b)(1).

The failure to file written objections to the Magistrate Judge's report and recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). In this case, the fourteen day period has elapsed with no objections filed on the record.

Following review of the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation (Doc. No. 15) in its entirety as the Order of the Court. The Commissioner's decision is affirmed.

So Ordered.

                                                          s/ Jeffrey J. Helmick
                                                          United States District Judge